**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

ANTHONY RAY THOMPSON,     :   No. 78 WM 2017

          Petitioner        :

            v.             :

COURT OF COMMON PLEAS, JUDGE    :
LINDA FLEMING,               :

         Respondent     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 16th day of November, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the jurist's name from the caption.